10

Case Number: 2017-11918 Filed: 5/16/2017 2:45:17 PM

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* ____________ Chapter 11

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Garza Contracting, Inc. |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | DBA AA Contracting |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 77-0529095 |
| **4.** | **Debtor's address** | **Principal place of business**<br>7832 Weedpatch Highway<br>Bakersfield, CA 93307<br>Number, Street, City, State & ZIP Code<br>Kern<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **Garza Contracting, Inc.** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**5115**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

Debtor **Garza Contracting, Inc.** Case number (*if known*) ____________________
Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ____________________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____________________

**Where is the property?** ____________________
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ____________________
Contact name ____________________
Phone ____________________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Garza Contracting, Inc.** Case number (*if known*)
Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 16, 2017**
MM / DD / YYYY

**X /s/ Irma Garza** — **Irma Garza**
Signature of authorized representative of debtor — Printed name

Title **President**

**18. Signature of attorney**

**X /s/ T. Scott Belden** — Date **May 16, 2017**
Signature of attorney for debtor — MM / DD / YYYY

**T. Scott Belden**
Printed name

**Belden Blaine Raytis, LLP**
Firm name

**Post Office Box 9129**
**Bakersfield, CA 93389**
Number, Street, City, State & ZIP Code

Contact phone **(661) 864-7826** Email address **sbelden@beldenblaine.com**

**CSB 184387**
Bar number and State

**United States Bankruptcy Court**
**Eastern District of California**

In re Garza Contracting, Inc. Debtor(s)

Case No.

Chapter 11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Irma Garza, declare under penalty of perjury that I am the President of Garza Contracting, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 16 day of May, 2017.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Irma Garza, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Irma Garza, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Irma Garza, President of this Corporation is authorized and directed to employ T. Scott Belden, attorney and the law firm of Belden Blaine Raytis, LLP to represent the corporation in such bankruptcy case."

Date May 16, 2017

Signed /s/ Irma Garza
Irma Garza

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com 

Resolution of Board of Directors
of
**Garza Contracting, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Irma Garza, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Irma Garza, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Irma Garza, President** of this Corporation is authorized and directed to employ **T. Scott Belden**, attorney and the law firm of **Belden Blaine Raytis, LLP** to represent the corporation in such bankruptcy case.

Date **May** 16 **, 2017** Signed Irma Garza

Date **May** 16 **, 2017** Signed Irma Garza

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# FINANCIAL STATEMENTS

Garza Contracting Inc
7832 Weedpatch Hwy

Bakersfield, CA 93307

As of May 16, 2017

*Prepared by Business Services Unlimited (661) 330-1746*

Garza Contracting Inc

# BALANCE SHEET

As of 05/31/17

## ASSETS

| | | | |
|---|---|---|---|
| **Current Assets** | | | |
| Cash in Bank | $ 141,177.08 | | |
| Accounts Receivable | 861,585.35 | | |
| Workmans Comp Deposit | 137,630.00 | | |
| Total Current Assets | | $ 1,140,392.43 | |
| **Fixed Assets** | | | |
| Computer Equipment | 2,633.64 | | |
| Machinery & Equipment | 920,932.95 | | |
| Vehicles & Trucks | 412,623.49 | | |
| Accumulated Depreciation | <832,453.94> | | |
| Total Fixed Assets | | 503,736.14 | |
| **Other Assets** | | | |
| Other Assets | 2,973.00 | | |
| Accumulated Amortization | <2,973.00> | | |
| Total Other Assets | | 0.00 | |
| **TOTAL ASSETS** | | | **$ 1,644,128.57** |

## LIABILITIES AND EQUITY

| | | | |
|---|---|---|---|
| **Current Liabilities** | | | |
| Accounts Payable | $ 64,542.74 | | |
| Credit Line - Irma | 358,607.26 | | |
| 2015 Form 943 Penalty | 102,578.95 | | |
| 2016 Form 943 | 597,992.74 | | |
| 2016 Form 940 | 302,877.45 | | |
| FUTA Tax Payable | 17,397.79 | | |
| Total Current Liabilities | | $ 1,443,996.93 | |
| **Long Term Liabilities** | | | |
| CFM Assessment | 1,176,610.28 | | |
| Notes Payable | 771,701.95 | | |
| Total Long Term Liabilities | | 1,948,312.23 | |
| **Capital or Equity** | | | |
| Common Stock | 6,633.00 | | |
| Retained Earnings | <1,131,557.88> | | |
| NET PROFIT OR <LOSS> | <623,255.71> | | |
| Total Capital or Equity | | <1,748,180.59> | |
| **TOTAL LIABILITIES AND EQUITY** | | | **$ 1,644,128.57** |

Garza Contracting Inc

# STATEMENT OF PROFIT AND LOSS

Year to Date As of 05/16/17

| | | |
|---|---|---|
| Sales or Income | | |
| Income | $ 3,965,505.96 | 100.0% |
| Returns & Allowances | <197.53> | <0.0> |
| Total Sales or Income | 3,965,308.43 | 100.0% |
| Operating Expense | | |
| Bank Charges | 2,913.50 | 0.1% |
| Dues & Subscriptions | 700.00 | 0.0% |
| Fuel | 25,273.10 | 0.6% |
| Insurance | 22,906.91 | 0.6% |
| Insurance - Health | 14,341.17 | 0.4% |
| Insurance - Health | 4,502.42 | 0.1% |
| Interest Expense | 18,585.23 | 0.5% |
| Meals & Entertainment | 2,792.11 | 0.1% |
| Medical | 4,306.76 | 0.1% |
| Office Supplies | 14,829.39 | 0.4% |
| Payroll Service | 16,510.30 | 0.4% |
| Professional Services | 85,440.69 | 2.2% |
| Rent | 1,735.84 | 0.0% |
| Repairs & Maintenance | 24,648.29 | 0.6% |
| Safety Meetings | 2,125.32 | 0.1% |
| Supplies | 42,494.07 | 1.1% |
| Taxes - Payroll | <21,095.23> | <0.5> |
| FICA Taxes | 255,376.22 | 6.4% |
| FUTA Tax | 17,397.79 | 0.4% |
| SUTA Tax | 179,769.53 | 4.5% |
| Taxes - Other | 18,392.00 | 0.5% |
| Telephone | 11,813.20 | 0.3% |
| Travel | 25.00 | 0.0% |
| Utilities | 3,096.91 | 0.1% |
| Worker's Compensation | 281,417.68 | 7.1% |
| Wages | 3,200,512.73 | 80.7% |
| Total Operating Expense | 4,230,810.93 | 106.7% |
| **NET OPERATING INCOME** | **<265,502.50>** | **<6.7>** |
| Other Expense | | |
| Key Man Insurance | 24,814.35 | 0.6% |
| Penalties | 332,938.86 | 8.4% |
| Total Other Expense | 357,753.21 | 9.0% |
| **NET INCOME OR <LOSS>** | **$ <623,255.71>** | **<15.7>** |

Fill in this information to identify the case:

Debtor name Garza Contracting, Inc.

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____________
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 16, 2017**

X **/s/ Irma Garza**
Signature of individual signing on behalf of debtor

**Irma Garza**
Printed name

**President**
Position or relationship to debtor


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy