2

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Garza Contracting, Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alberto Valencia<br>c/o R. Rex Parris, Esq.<br>Parris Law Firm<br>43364 10th Street West<br>Lancaster, CA 93534 | | Asserted Violation of Labor Code Claims set forth in Class Action Complaint filed in Kern County Superior Court, Case No. BCV-16-101043-D RL | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| California Farm Management, Inc.<br>430 N. Vineyard Avenue, Suite 102<br>Ontario, CA 91764 | | 2017 Worker's Compensation Assessment | | | | $1,214,565.46 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | | 2016 - 943 Annual Federal Tax Return - Agricultural | | | | $597,992.74 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | | 2016 - 940 Annual Federal Unemployment Tax | | | | $302,877.45 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | | 2015 - Penalties and Interest owed for 943 Annual taxes | | | | $102,578.95 |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

7

Debtor **Garza Contracting, Inc.** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service Post Office Box 7346 Philadelphia, PA 19101-7346 | | 2017 - 940 Annual Federal Unemployment Tax | | | | $17,397.79 |
| Western Growers Assurance Trust File 54914 Los Angeles, CA 90074-4914 | | Insurance Premiums | | | | $4,272.29 |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy