# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re: GARZA CONTRACTING, INC.        Case No. 17-11918-CEF
_____,    Chapter 7
          Debtor

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Jeffrey M. Vetter, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $470,555.87        Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $649,591.29     Claims Discharged Without Payment: N/A

Total Expenses of Administration: $91,337.27

---

3) Total gross receipts of $ 772,170.31 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 31,241.75 (see **Exhibit 2**), yielded net receipts of $740,928.56 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---:|---:|---:|---:|
| SECURED CLAIMS (from **Exhibit 3**) | $771,701.95 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 91,337.27 | 91,337.27 | 91,337.27 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 511,633.59 | 810,476.65 | 808,080.65 | 649,591.29 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,845,525.25 | 1,615,893.29 | 1,615,386.13 | 0.00 |
| **TOTAL DISBURSEMENTS** | $3,128,860.79 | $2,517,707.21 | $2,514,804.05 | $740,928.56 |

　　　　4) This case was originally filed under Chapter 7 on May 16, 2017. The case was pending for 43 months.

　　　　5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

　　　　6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

　　　　Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _05/11/2021_____    By: _/s/Jeffrey M. Vetter_____
　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| A/R 90 days old or less. Face amount = $493,464. | 1129-000 | 579,373.07 |
| Vehicles as described in Exhibit "1" attached he | 1129-000 | 176,500.00 |
| state tax refunds | 1224-000 | 16,297.24 |
| **TOTAL GROSS RECEIPTS** | | **$772,170.31** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Irma Garza | per order 6/19/18 Doc 142 | 8500-000 | 0.00 |
| irma garza | per order 6/19/18 Doc 142 | 8500-000 | 31,241.75 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$31,241.75** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Irma Garza | 4110-000 | 771,701.95 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$771,701.95** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Jeffrey M. Vetter | 2100-000 | N/A | 41,858.52 | 41,858.52 | 41,858.52 |
| Trustee Expenses - Jeffrey M. Vetter | 2200-000 | N/A | 264.17 | 264.17 | 264.17 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Phil Gillet, Jr. Esq. | 3210-000 | N/A | 9,276.00 | 9,276.00 | 9,276.00 |
| Other - Phil Gillet, Jr. Esq. | 3220-000 | N/A | 180.77 | 180.77 | 180.77 |
| Other - FRANCHISE TAX BOARD (ADMINISTRATIVE) | 2820-000 | N/A | 0.00 | 0.00 | 0.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 67.69 | 67.69 | 67.69 |
| Auctioneer for Trustee Fees (including buyers premiums) - Gould Auction | 3610-000 | N/A | 26,475.00 | 26,475.00 | 26,475.00 |
| Auctioneer for Trustee Expenses - Gould Auction | 3620-000 | N/A | 7,000.00 | 7,000.00 | 7,000.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 228.52 | 228.52 | 228.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 109.48 | 109.48 | 109.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 111.82 | 111.82 | 111.82 |
| Other - RATZLAFF TAMBERI & WONG | 3410-000 | N/A | 3,710.50 | 3,710.50 | 3,710.50 |
| Other - RATZLAFF TAMBERI & WONG | 3420-000 | N/A | 12.69 | 12.69 | 12.69 |
| Other - International Sureties | 2300-000 | N/A | 47.95 | 47.95 | 47.95 |
| Other - International Sureties | 2300-000 | N/A | 329.95 | 329.95 | 329.95 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 548.66 | 548.66 | 548.66 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 1,115.55 | 1,115.55 | 1,115.55 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$91,337.27** | **$91,337.27** | **$91,337.27** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | N/A | 794,959.65 | 794,959.65 | 636,946.54 |
| 2P | California Dept of Tax and Fee Admin | 5800-000 | N/A | 2,396.00 | 0.00 | 0.00 |
| 2P-2 | California Dept of Tax and Fee Admin | 5800-000 | N/A | 2,396.00 | 2,396.00 | 1,919.75 |
| 6 | OFFICE OF THE UNITED STATES TRUSTEE | 5800-000 | N/A | 10,725.00 | 10,725.00 | 10,725.00 |
| NOTFILED | Internal Revenue Service | 5200-000 | 102,578.95 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 5200-000 | 391,656.85 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | State of California | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 5200-000 | 17,397.79 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$511,633.59** | **$810,476.65** | **$808,080.65** | **$649,591.29** |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service | 7100-000 | 267,439.96 | 276,977.57 | 276,977.57 | 0.00 |
| 2U | California Dept of Tax and Fee Admin | 7100-000 | N/A | 507.16 | 0.00 | 0.00 |
| 2U-2 | California Dept of Tax and Fee Admin | 7100-000 | N/A | 507.16 | 507.16 | 0.00 |
| 3 | Alberto Valencia and the Putative Class Members | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 4 | California Farm Management, Inc. | 7100-000 | 1,214,565.46 | 1,337,739.73 | 1,337,739.73 | 0.00 |
| 5 | FRANCHISE TAX BOARD | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 8 | Verizon by American InfoSource LP as agent | 7100-000 | N/A | 161.67 | 161.67 | 0.00 |
| NOTFILED | Western Growers Assurance Trust | 7100-000 | 4,272.29 | N/A | N/A | 0.00 |
| NOTFILED | Irma Garza | 7100-000 | 359,247.54 | N/A | N/A | 0.00 |
| NOTFILED | Thomas Fehr, Esq. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Alberto Valencia c/o R. Rex Parris, Esq. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$1,845,525.25** | **$1,615,893.29** | **$1,615,386.13** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-11918-CEF     **Trustee:** (008820) Jeffrey M. Vetter
**Case Name:** GARZA CONTRACTING, INC.     **Filed (f) or Converted (c):** 10/10/17 (c)
    **§341(a) Meeting Date:** 12/08/17
**Period Ending:** 05/11/21     **Claims Bar Date:** 05/14/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Business Checking Account Account at Bank of Ame Imported from original petition Doc# 40 | 18,291.32 | 18,291.32 | | 0.00 | FA |
| 2   Payroll Checking Account Account at Bank of Amer Imported from original petition Doc# 40 | 168,634.55 | 168,634.55 | | 0.00 | FA |
| 3   Business Checking Account at Bank of America, xx Imported from original petition Doc# 40 | 0.00 | 0.00 | | 0.00 | FA |
| 4   Workman's Compensation Deposit with California F Imported from original petition Doc# 40 | 137,630.00 | 137,630.00 | | 0.00 | FA |
| 5   A/R 90 days old or less. Face amount = $493,464. Imported from original petition Doc# 40 | 493,464.83 | 493,464.83 | | 579,373.07 | FA |
| 6   A/R Over 90 days old. Face amount = $116,759.55. Imported from original petition Doc# 40 | 0.00 | 0.00 | | 0.00 | FA |
| 7   Vehicles as described in Exhibit "1" attached he Imported from original petition Doc# 40 | 161,700.00 | 161,700.00 | | 176,500.00 | FA |
| 8   Office Furniture including desks and filing cabi Imported from original petition Doc# 40 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 9   Office Computers. Valuation Method: Liquidation Imported from original petition Doc# 40 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 10   Machinery and Equipment used in business as desc Imported from original petition Doc# 40 | 140,000.00 | 140,000.00 | | 0.00 | FA |
| 11   state tax refunds (u) | 0.00 | 10,000.00 | | 16,297.24 | FA |
| **11   Assets   Totals** (Excluding unknown values) | **$1,125,720.70** | **$1,135,720.70** | | **$772,170.31** | **$0.00** |

**Major Activities Affecting Case Closing:**

8**8****************** RE ISSUE THE FTB CKS TO UNCLAIMED FUNDS. **************************

******LINK DEPOSITS****

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 17-11918-CEF | **Trustee:** (008820) | Jeffrey M. Vetter |
| **Case Name:** GARZA CONTRACTING, INC. | **Filed (f) or Converted (c):** | 10/10/17 (c) |
| | **§341(a) Meeting Date:** | 12/08/17 |
| **Period Ending:** 05/11/21 | **Claims Bar Date:** | 05/14/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

10/11/17  called s belden re items needed.  .3

scott:  please provide the following from the debtor;

keys to the facility where assets are stored,
alarm code if any,
certificates of insurance,
list of a/r's including invoices and contact info,
address of all banking institutions,

a time the debtor will be available for me to inspect the assets.  i am available most everyday this week and next.

thank you scott.  jeff  .2

10/16/17  emailed s belden again re contact info for to inspect.
10/16/17  met with mrs garza inspected assets.  8 cars missing several tractors.  in the fields.  not being used will bring to yard tomorrow.  2
10/20/17  tc with belden.  scott:  based on our conversation you will direct garza to make a payment on the insurance that will expire sunday october 22, 2017.  also, please send a certificate of insurance or the receipt received from clarkseans office for premium payment.  thanks for bringing this to my attention.  jeff  .3
10/25/17 spoke with junior garza.  all but appx 10 pieces of equip are at yard.  remaining items are broken down, being fixed or towed to the yard.  averything should be there by 10/27/17.  i will inspect a second time friday.
10/27/17  lm for j garza.


11/01/17
It does encumber the assets.  I have not represented Ms. Garza as an individual due to the requirements of the 11 representation, but she has asked me to assist her in the chapter 7.  I can speak with her about releasing the lien.
11/08/17  did ucc-1 search
11/13/17  site inspection.  all the assets have been rturned to the yard.   t/c with gould and emails.  2.2
11/13/17  called belden re lian.  carve out or release?
11/13/17  eamield same.
11/16/17  i called sbelden  re garza.  he is goign to email what he wants to accomplish.  .3
11/29/17  emaield sb re above.  there is a lien.
11/29/17  spoke with sara gesky as ftb 916-845-3156 there is 18000 overpayment.  will send to me once 2016 and 2017 returns are complete.
12/01/17  tc with belden.  re 341 and continuance.  .3
12/01/17  thanks scott.  can ms or junior garza provide proof of insurance?  jeff
12/05/17  emaild from sbelden re lien by ms garza.  trying to work on tax matters with revenue officer.   will provide cert of title and insurance info.  .3
12/14/17  emailed sb, pg re progress with irs.

Filed 05/11/21 — Case 17-11918 — Doc 214

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-11918-CEF  
**Case Name:** GARZA CONTRACTING, INC.

**Trustee:** (008820) Jeffrey M. Vetter  
**Filed (f) or Converted (c):** 10/10/17 (c)  
**§341(a) Meeting Date:** 12/08/17

**Period Ending:** 05/11/21  
**Claims Bar Date:** 05/14/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

QTRLY REV

01/31/18

emailed pg re moving case along. i want to pu vehicles as i do not believe subject t lien.

02/26/18 ken arnst at hanford equip. $7500 avg a piece. 559-816-0963

avg wholesale 7200, rough trade 7900. trade premium 8700. avg retail advertised 11,200.

02/27/18 mike at bertchtold delano said 600 hours per year is avg. values at 5k.

02/27/18 michah at sacramento for tractors 916-454-4444 values at 5-6500 each. confirmed made between 11-2014. he may want to purchase some. MICHAS # IN MEMOS.

3/8/18 emailes wi belden re 341.

3/15/18 garza to pay ins to cover assets.

03/15/18 tc with scott and phil re liens, etc. tc with pg re same. emails to pg and scott..9

03/15/18 rec'd and rev titles to vehicles. some registered to irma and g inc. .3

03/19/18 tc with pg. this needs to get moving. picking up all vehicles to sell. 50/50 on "co titled" vehicles. .3

03/23/18 jr garza made offer. 89k.

03/27/18 tc with gould re auction dates. may 19 or june 23. .2

03/30/18 emails from gould. cannot reach jr garza.

QTRLY REV:

04/02/18 emaiels from gould. cannot reach garza. emailed scott asked him to contact jr garza. .3

04/12/18 emailed pg re status fo employ sale motin.

04/19/18 same as above.

04/30/18 called pg. not in. asked for him to call me.

06/05/18 emails from gould. em belden need titles.

QTRLY REV:

07/12/18 waiting on funds from gould. need to hire acct for returns.

07/17/18 chris: are you employed on this case? if not, will you do a conflict check and get started on this one. what do you need and i'll get it to you right away.

thanks, jeff

07/28/18

07/28/18 sent cr forms 1 and 2.

07/30/18 email from abby obrient. copied pg to add or delte as he felt was needed. .2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-11918-CEF       **Trustee:**    (008820)    Jeffrey M. Vetter
**Case Name:**    GARZA CONTRACTING, INC.       **Filed (f) or Converted (c):** 10/10/17 (c)
                                                                **§341(a) Meeting Date:** 12/08/17
**Period Ending:** 05/11/21                         **Claims Bar Date:** 05/14/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

08/03/18  emails from and to scott b.  regarding proceeds to ms garza.  also emaild pg.  .5

08/03/18

I thought the agreement was 50/50 on proceeds, which to me means after costs of sale.  Scott thinks that also.  So, I agree with your total.

08/20/18

chris:  i think we discussed these cases before but i wanted to confirm.

a distribution in garza, xcor and antongiovanni is unlikely in 2018.  just fyi.


08/20/18  reveiwed ros and figured amount due irmas garza.  emailed to abby o' re distribution..8


08/30/18

has isabel returned email agreeing on funds due irma?


09/04/18  cut ck to debtor.

09/04/18  em jtw status of returns  PUT STOP PAY ON PROCEEDS TO DBTOR.  UNTIL WE REC RETURNS


09/11/18  isabel:  any progress on the tax returns?  jeff


09/24/18   rec'd returns from debtor.  sent to cr.


QTRLY REV:

10/01/18  rec'd , rev and returned tax returns.  .6


10/01/18 em cr re tax.  not going to pay as claim is filed.  .1

10/01/18

Chris Ratzlaff <chris@rtwcpas.com>

Mon 10/1/2018, 10:17 AM

Roger that


10/12/18 tc with sarah geske at ftb.  refund due...but need form 100 for tax year 2016.  .4

10/19/18  em cr re ftb refund.

11/02/18  chris:  anything on the below?  you may have responded and i overlooked it.


11/15/18

Jeff, the 2016 P&L they sent over shows about $193k in income, so after filing that pre-petition return, most likely all of the credits would get eaten up by the 2016

liability, and we would spend a lot of time and money to recover nothing.

In my opinion, it seems best to not prepare/file any more returns.


11/20/18  TFR FILED

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-11918-CEF  **Trustee:** (008820) Jeffrey M. Vetter
**Case Name:** GARZA CONTRACTING, INC.  **Filed (f) or Converted (c):** 10/10/17 (c)
 **§341(a) Meeting Date:** 12/08/17
**Period Ending:** 05/11/21  **Claims Bar Date:** 05/14/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

12/10/18  TFR WITHDRAWN

PHILL NEEDS TO GET FEE APP.

bob:  will you please withdraw the tfr for garza contracting.  thank you and sorry for the confusion.  jeff


QTRLY REV:

01/02/19
i am trying to determine if there is an insurance policy in garza.  specifically, life insurance or annuities.  there may be a "key person" policy.
if there is a policy in force please provide the following:
Age of insured
Policy Death Benefit size
Name of the carrier
How much cash is in the policy


01/19/19
em tsb re same as above.


02/06/19  em phil to request same from scott re insurance.
02/15/19  same as above.
phil:  see the below email sent to you on 2/6.    will you email scott?
02/19/19  spoke with pg...check his emails.  he will draft em to belden.
02/22/19  em pg again re ins.
03/06/19  called pg re ins.  he will em belden.
03/06/19  pg emailed belden re insurance and payment of other assets.
03/21/19  no response from belden.  vetter emailed.  what were meeting results.
03/21/19  sb said no key insurance.  he will send check and time frame for proposal.


QTRLY REV:
04/06/19
scott.  where are we with this proposal?  so you need anything from me to move this along?  jeff
4/12/19  scott said ck will be delierved next week.


04/30/19  ema scott re proposal and check.  nothing rec'd.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-11918-CEF  
**Case Name:** GARZA CONTRACTING, INC.

**Trustee:** (008820) Jeffrey M. Vetter  
**Filed (f) or Converted (c):** 10/10/17 (c)  
**§341(a) Meeting Date:** 12/08/17

**Period Ending:** 05/11/21

**Claims Bar Date:** 05/14/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| NEED 2019 AND POSSIBLE 2010 RETURNS COMPLETE. | | | | | |

NEED 2019 AND POSSIBLE 2010 RETURNS COMPLETE.

05/08/19

cks to be overnited to jmv.

one is 567

other is 102

thirds 11k.

05/09/19

scott:  i rec'd three cashiers checks from garza today.

1)  $11,930.40

2)  $567,340.18

3)  $102.49

what exactly does each check represent?

do you anticipate more funds coming into the estate?

chris:  we'll probably have to do another set of returns.

05/20/19  em same as above.

06/06/19  belden replied funds from a/r's.  em pg re lien issue.

09/25/19 tc with phl and scott.  .6

the estate collected money on "money on deposit" and some a/r's that were deposited into the money on deposit accout.

sent belden ar list.  what if any has been collecte.

delay in ar letter due to debtor indcating lien attached to a/r's.  phil said court determined they do not.  that's the money 590k turned over.

em scott aging list.

11/26/19

a/r demands sent.  12/13/19 deadline.

em pg fee app and chris returns.

12/18/19

chris:  please give this a once over.  we do not have to complete the 2019 or 2020 returns?  the tfr will not be filed for at least a month or two.  jeff

QTRLY REV:

1/6/20

will file app to pay tax, fee app and tfr.

02/04/20

chris:  it's been some time since we discussed garza so i wanted to revisit our discussion.

1) we are paying tax as outlined in the attachment.

2) as you note below, it is not necessary that any further returns be completed.

please confirm.

02/06/20

Jeff, that's correct, there would not be an adverse effect for the taxing agency's recovery amounts.  There are also net operating losses and other attributes that would

reduce tax owing on any additional returns, most likely to zero.

Chris

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-11918-CEF  
**Case Name:** GARZA CONTRACTING, INC.

**Trustee:** (008820) Jeffrey M. Vetter  
**Filed (f) or Converted (c):** 10/10/17 (c)  
**§341(a) Meeting Date:** 12/08/17

**Period Ending:** 05/11/21

**Claims Bar Date:** 05/14/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

chris: as we discussed, the creditors in this case are the irs and the cdtfa. the dividend is 79% to each. that is; 631k to the irs and 1900 to the cdtfa. if we complete the 2019 returns and tax is owed it would be due these agencies. my thought is avoid the cost of completing the returns because any tax due would go to them anyway. potentially, the cost of completing the returns could outweigh the tax due. i do not believe the agencies would be affected adversely if the returns were not completed. what are your thoughts?

Jeff, that's correct, there would not be an adverse effect for the taxing agency's recovery amounts. There are also net operating losses and other attributes that would reduce tax owing on any additional returns, most likely to zero.

Chris

03/04/20  
per rosalyn stewart at ftb. 906.845.5746  
credit for 2012 11409.25  
credit for 2013 5887.02

she was going to file a claim for 2019 and 2020. take min tax and send balance to estate.  
03/11/20  
ftb will apply credit towards min tax due, have authroizaton to pay, and remit the balance to the estate.

03/24/20  
phil: yes, ready for the fee app.  
i emailed the ftb and directed them to take the money from the credit and mail over payment to the estate. thanks jeff  
03/31/20  
pg fees are 9276. expenses 180.77  
QTRLY REV:  
04/08/20  
tc with pg.  
needs to correct fee app. em same and will review, sign and return.  
04/09/20  
rev, signed and emailed corrected dec.  
04/16/20  
TAX STUFF  
NO NEED TO PAY TAX AS IT WAS OFFSET IN THE REFUNDS RETURNED TO THE ESTATE.

05/21/20  
TFR FILED TODAY.

7/1/20

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-11918-CEF  **Trustee:** (008820) Jeffrey M. Vetter
**Case Name:** GARZA CONTRACTING, INC.  **Filed (f) or Converted (c):** 10/10/17 (c)

**§341(a) Meeting Date:** 12/08/17

**Period Ending:** 05/11/21  **Claims Bar Date:** 05/14/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

QTRLY REV:

waiting on cks to clear.

08/27/20

constance from the ftb called. 800 had been paid. i asked if she could return the check and she said "well.....i can" i asked if that was okay and she said after a long pause... "i could just destroy it" i asked if it wasn't a problem please mail it. she asked why there was a partial return for whatever year....i said i'm not sure. she said "well they've been calendar year for years...it is strange...but i don't know". "and now this return is complete with a partial year and it indicates the corp is dissolved....hang on hang on"....time passes..."and it is not dissolved". "do you know if they've dissolved?" no. "you should tell your accountant not to do the returns this way because it causes ?????"...i said, constnace chris has done hundreds of returns for me and this is the first time there has been an issue. i'm not an acct and do not plan on calling him to tell him to run his practice a different way. if you'd like to i would support that but i will not. i asked her to send me the check she said she already told me she would and said enjoy the rest of the week. bye and bye from each of us.

QTRLY REV:
10/1/20

checks forthcoming.

QTRLY REV
1/1/21
wating on 1 last ck to post. tdr forthcoming.

02/10/21
We show this check as still outstanding. Please let me know if you need any further assistance.

03/01/21
lm for barbara reynolds re ck.
03/01/21
I can confirm all 3 checks are still outstanding. Please let me know if you need any further assistance.

03/01/21
will reissue.
03/04/21
barbara: this case has an outstanding check made payable to the usbk court. we discussed this the other day. i have put a stop pay on the check and reissued...but i have not yet sent the reissued check. if you receive the check and letter, will you please call me before it is destroyed? thank you, jeff

03/09/21
finally figured out the $2.40 balance. the tfr was filed with the ftb being owed $800. ftb called and that claim had been satisfied. the system paid the 797.60 to the irs and the 2.40 was minimal funds and went to us bk court for the payment of cdtfa. it was under $5. the system paid correctly. need to

Filed 05/11/21    Case 17-11918    Doc 214

Exhibit 8

Page: 9

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-11918-CEF  
**Case Name:** GARZA CONTRACTING, INC.

**Trustee:** (008820) Jeffrey M. Vetter  
**Filed (f) or Converted (c):** 10/10/17 (c)  
**§341(a) Meeting Date:** 12/08/17  

**Period Ending:** 05/11/21  
**Claims Bar Date:** 05/14/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

03/10/21

the $800 that was to be paid to the ftb was distributed proportionately between the irs and cdtfa.  as the amount to the cdtfa was less than $5 it was issued to the bk court.  but, becuase the funds should have been issued with the original distribution on 7/14 but they were not.  phils checks never arrived so a stop pay was put on them.  when phils checks were reissued, the $800 was distributed between cdtfa and irs.

QTRLY REV:

4/1/21

waiting final ck to clear.  tdr forthcoming

**Initial Projected Date Of Final Report (TFR):** January 1, 2019          **Current Projected Date Of Final Report (TFR):** May 27, 2020  (Actual)

Filed 05/11/21    Case 17-11918    Doc 214

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 17-11918-CEF  
**Case Name:** GARZA CONTRACTING, INC.  

**Taxpayer ID #:** **-***9095  
**Period Ending:** 05/11/21  

**Trustee:** Jeffrey M. Vetter (008820)  
**Bank Name:** Mechanics Bank  
**Account:** ******9166 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/20/18 | {7} | Gould Auction | proceeds from auction | 1129-000 | 176,500.00 | | 176,500.00 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.69 | 176,432.31 |
| 08/03/18 | 101 | Gould Auction | | 3610-000 | | 26,475.00 | 149,957.31 |
| 08/03/18 | 102 | Gould Auction | | 3620-000 | | 7,000.00 | 142,957.31 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 228.52 | 142,728.79 |
| 09/04/18 | 103 | Irma Garza | per order 6/19/18 Doc 142 Stopped on 09/18/18 | 8500-000 | | 31,241.75 | 111,487.04 |
| 09/18/18 | 103 | Irma Garza | per order 6/19/18 Doc 142 Stopped: check issued on 09/04/18 | 8500-000 | | -31,241.75 | 142,728.79 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.48 | 142,619.31 |
| 10/03/18 | 104 | irma garza | per order 6/19/18 Doc 142 | 8500-000 | | 31,241.75 | 111,377.56 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 111.82 | 111,265.74 |
| 11/15/18 | 105 | RATZLAFF TAMBERI & WONG | PER ORDER 11/9/18  DOC 158 | 3410-000 | | 3,710.50 | 107,555.24 |
| 11/15/18 | 106 | RATZLAFF TAMBERI & WONG | PER ORDER 11/9/18  DOC 158 | 3420-000 | | 12.69 | 107,542.55 |
| 01/22/19 | 107 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/22/2019 FOR CASE #17-11918, Bond Payment Term 1/1/19 - 1/1/20 | 2300-000 | | 47.95 | 107,494.60 |
| 05/09/19 | {5} | GARZA CONTRACTING | | 1129-000 | 102.49 | | 107,597.09 |
| 05/09/19 | {5} | GARZA CONTRACTING | | 1129-000 | 11,930.40 | | 119,527.49 |
| 05/09/19 | {5} | GARZA CONTRACTING | | 1129-000 | 567,340.18 | | 686,867.67 |
| 08/07/19 | | Transition Transfer Debit | | 9999-000 | | 686,867.67 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 755,873.07 | 755,873.07 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 686,867.67 | |
| | | | **Subtotal** | | 755,873.07 | 69,005.40 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$755,873.07** | **$69,005.40** | |

{} Asset reference(s)

Printed: 05/11/2021 09:09 AM    V.20.29

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 17-11918-CEF  
**Case Name:** GARZA CONTRACTING, INC.

**Taxpayer ID #:** **-***9095  
**Period Ending:** 05/11/21

**Trustee:** Jeffrey M. Vetter (008820)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******8478 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/07/19 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 686,867.67 | | 686,867.67 |
| 01/29/20 | 10108 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/29/2020 FOR CASE #17-11918 | 2300-000 | | 329.95 | 686,537.72 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 548.66 | 685,989.06 |
| 04/06/20 | {11} | state of california | state refund | 1224-000 | 6,097.57 | | 692,086.63 |
| 04/06/20 | {11} | state of california | state tax refund | 1224-000 | 10,199.67 | | 702,286.30 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 1,115.55 | 701,170.75 |
| 07/14/20 | 10109 | Phil Gillet, Jr. Esq. | Dividend paid 100.00% on $9,276.00, Attorney for Trustee Fees (Other Firm); Reference: Stopped on 11/10/20 | 3210-000 | | 9,276.00 | 691,894.75 |
| 07/14/20 | 10110 | Phil Gillet, Jr. Esq. | Dividend paid 100.00% on $180.77, Attorney for Trustee Expenses (Other Firm); Reference: Stopped on 11/10/20 | 3220-000 | | 180.77 | 691,713.98 |
| 07/14/20 | 10111 | OFFICE OF THE UNITED STATES TRUSTEE | Dividend paid 100.00% on $10,725.00; Claim# 6; Filed: $10,725.00; Reference: Stopped on 10/14/20 | 5800-000 | | 10,725.00 | 680,988.98 |
| 07/14/20 | 10112 | FRANCHISE TAX BOARD (ADMINISTRATIVE) | Dividend paid 100.00% on $800.00, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes); Reference: Stopped on 11/10/20 | 2820-000 | | 800.00 | 680,188.98 |
| 07/14/20 | 10113 | Internal Revenue Service | Dividend paid 80.02% on $794,959.65; Claim# 1P; Filed: $794,959.65; Reference: | 5800-000 | | 636,148.94 | 44,040.04 |
| 07/14/20 | 10114 | California Dept of Tax and Fee Admin | Dividend paid 80.02% on $2,396.00; Claim# 2P-2; Filed: $2,396.00; Reference: | 5800-000 | | 1,917.35 | 42,122.69 |
| 07/14/20 | 10115 | Jeffrey M. Vetter | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 42,122.69 | 0.00 |
| | | | Dividend paid 100.00%   41,858.52 on $41,858.52; Claim# ; Filed: $41,858.52 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   264.17 on $264.17; Claim# ; Filed: $264.17 | 2200-000 | | | 0.00 |
| 10/14/20 | 10111 | OFFICE OF THE UNITED STATES TRUSTEE | Dividend paid 100.00% on $10,725.00; Claim# 6; Filed: $10,725.00; Reference: Stopped: check issued on 07/14/20 | 5800-000 | | -10,725.00 | 10,725.00 |
| 10/20/20 | 10116 | OFFICE OF THE UNITED STATES TRUSTEE | | 5800-000 | | 10,725.00 | 0.00 |

Subtotals :   $703,164.91   $703,164.91

{} Asset reference(s)  
Printed: 05/11/2021 09:09 AM   V.20.29

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 17-11918-CEF  
**Case Name:** GARZA CONTRACTING, INC.

**Taxpayer ID #:** **-***9095  
**Period Ending:** 05/11/21

**Trustee:** Jeffrey M. Vetter (008820)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******8478 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/10/20 | 10109 | Phil Gillet, Jr. Esq. | Dividend paid 100.00% on $9,276.00, Attorney for Trustee Fees (Other Firm); Reference: Stopped: check issued on 07/14/20 | 3210-000 | | -9,276.00 | 9,276.00 |
| 11/10/20 | 10110 | Phil Gillet, Jr. Esq. | Dividend paid 100.00% on $180.77, Attorney for Trustee Expenses (Other Firm); Reference: Stopped: check issued on 07/14/20 | 3220-000 | | -180.77 | 9,456.77 |
| 11/10/20 | 10112 | FRANCHISE TAX BOARD (ADMINISTRATIVE) | Dividend paid 100.00% on $800.00, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes); Reference: Stopped: check issued on 07/14/20 | 2820-000 | | -800.00 | 10,256.77 |
| 11/12/20 | 10117 | Phil Gillet, Jr. Esq. | | 3210-000 | | 9,276.00 | 980.77 |
| 11/12/20 | 10118 | Phil Gillet, Jr. Esq. | | 3220-000 | | 180.77 | 800.00 |
| 11/12/20 | 10119 | Internal Revenue Service | Dividend paid 80.12% on $794,959.65; Claim# 1P; Filed: $794,959.65; Reference: | 5800-000 | | 797.60 | 2.40 |
| 11/12/20 | 10120 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Stopped on 03/01/21 | 5800-001 | | 2.40 | 0.00 |
| 03/01/21 | 10120 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Stopped: check issued on 11/12/20 | 5800-001 | | -2.40 | 2.40 |
| 03/02/21 | 10121 | US BANKRUPTCY COURT / ATTN FINANCE | Voided on 03/10/21 | 5800-000 | | 2.40 | 0.00 |
| 03/10/21 | 10121 | US BANKRUPTCY COURT / ATTN FINANCE | Voided: check issued on 03/02/21 | 5800-000 | | -2.40 | 2.40 |
| 03/10/21 | 10122 | California Dept of Tax and Fee Admin | | 5800-000 | | 2.40 | 0.00 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 703,164.91 | 703,164.91 | $0.00 |
| | | | Less: Bank Transfers | | 686,867.67 | 0.00 | |
| | | | **Subtotal** | | 16,297.24 | 703,164.91 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$16,297.24** | **$703,164.91** | |

{} Asset reference(s)     Printed: 05/11/2021 09:09 AM     V.20.29

Filed 05/11/21 Case 17-11918 Doc 214

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| | |
|---|---|
| **Case Number:** 17-11918-CEF | **Trustee:** Jeffrey M. Vetter (008820) |
| **Case Name:** GARZA CONTRACTING, INC. | **Bank Name:** Metropolitan Commercial Bank |
| | **Account:** ******8478 - Checking Account |
| **Taxpayer ID #:** **-***9095 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 05/11/21 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******9166** | 755,873.07 | 69,005.40 | 0.00 |
| **Checking # ******8478** | 16,297.24 | 703,164.91 | 0.00 |
| | $772,170.31 | $772,170.31 | $0.00 |

{} Asset reference(s)

Printed: 05/11/2021 09:09 AM   V.20.29